

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

Bank of America N.A. successor by merger
to BAC Home Loans Servicing, LP et al        Plaintiffs'

Civil No.  4:14-cv-12505-LVP-DRG

Trott & Trott P.C. et al
Donald King (P55358) et al                    Judicial Officer LINDA V. PARKER
Richard Welke (P44403) et al

v.

Damita C. Johnson El Bey
18945 Fielding
Detroit Michigan Republic [48219]
     (In Pro Per)
          Counterclaimant/ Respondent
_____/              **JURY DEMAND**

**JURY DEMAND**

Counterclaimant requests a jury demand for the trial itself. Once the trial starts I am requesting a jury.

*Damita C Johnson El Bey*  6/30/14
Signature of Filer

<u>18945 Fielding</u>

Detroit Michigan Republic [48219]

313-492-9437