UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BANK OF AMERICA, N.A., successor by merger
to BAC Home Loans Servicing, LP, et al.

Plaintiff(s),

Case No. 4:14-cv-12505

v.

Judge Terrence G. Berg

Damita C. Johnson El Bey

Magistrate Judge Mona K. Majzoub

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Bank of America, N.A.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑   No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Bank of America Corporation
   Relationship with Named Party: Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑   No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Bank of America Corporation
   Nature of Financial Interest: Parent

Date: July 22, 2014                Signature: /s/ Richard Welke

                                   Bar No: (P44403)
           Firm Name (if applicable): Trott & Trott, P.C.
                          Address 1: 31440 Northwestern Highway
                          Address 2: Suite 200
                City, State Zip Code: Farmington Hills, Michigan 48334
                      Telephone No: (248) 723-5765
              Primary Email Address: rwelke@trottlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP, et al, <br><br>    Plaintiffs,<br><br>v.<br><br>Damita C Johnson El Bey,<br><br>    Defendant. | Case No. 4:14-cv-12505<br>Hon. Terrence G. Berg<br>Magistrate Mona K. Majoub |

| | |
|---|---|
| TROTT & TROTT, P.C.<br>By: Richard Welke (P44403)<br>Attorney for Plaintiffs<br>Bank of America, N.A.<br>31440 Northwestern Highway, Suite 200<br>Farmington Hills, Michigan 48334<br>(248) 723-5765<br>rwelke@trottlaw.com | Damita C. Johnson<br>Defendant<br>In Pro Per<br>18945 Fielding<br>Detroit, Michigan 48219<br>johnsondamita@sbcglobal.net |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2014, I caused to be electronically filed **Statement of Disclosure of Corporate Affiliations and Financial Interest of Bank of America, N.A.** and this *Certificate of Service Certificate of Service* with the Clerk of the Court using the ECF E-Filing

TROTT & TROTT, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525

system which will send electronic notice to all ECF Participants.

Dated: July 22, 2014

Respectfully Submitted,
TROTT & TROTT, P.C.

/s/ Richard Welke
Richard Welke (P44403)
Attorney for Plaintiffs
31440 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
(248) 723-5765
rwelke@trottlaw.com

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525

Certificate Of Service 7-22-2014
2